IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KRISTOPHER FRAZIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00459-O |
| | § | |
| **MAC CHURCHILL AUTO GROUP INC.,** | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Suggestion of Bankruptcy (ECF No. 6), filed October 5, 2018. The Court has been notified that on **May 21, 2018**, Mac Churchill Inc., Defendant herein, filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, case number 18-41988-11. Pursuant to 11 U.S.C. § 362, an automatic stay is now in effect until further notification by the parties that it should be lifted.

The Clerk of Court is **DIRECTED** to administratively close this case for statistical purposes.

**SO ORDERED** on this **6th day** of **December, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**